[No. 66361-5-I.  Division One.  September 19, 2011.]

SHANNON MCELYEA, *Appellant*, v. WAL-MART STORES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-26944-1, Jay V. White, J., entered October 22, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Cox, JJ.

[No. 66515-4-I.  Division One.  September 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. J.N.-G., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-8-01795-1, Helen Halpert, J., entered January 5, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Ellington, JJ.

[No. 66930-3-I.  Division One.  September 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTWAUN JAMAR OWENS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-01864-4, Barbara D. Johnson, J., entered January 28, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Lau, J., concurred in by Leach, A.C.J., and Grosse, J.

[No. 66964-8-I.  Division One.  September 19, 2011.]

RONALD GARNER ET AL., *Appellants*, v. THE ESTATE OF JOLYN HAMILTON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-09726-6, Kitty-Ann van Doorninck, J., entered June 1, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Ellington, J., concurred in by Cox and Spearman, JJ.